# United States District Court
# Central District of California

| | |
|---|---|
| DARRELL WORTHEN,<br><br>             Plaintiff,<br><br>    v.<br><br>DEBORAH LEE JAMES,<br><br>Secretary of the Air Force<br><br>             Defendant. | Case № 2:15-cv-01747-ODW-JC<br><br>        2:16-cv-03181-ODW-JC<br><br>**JUDGMENT** |

     On March 10, 2015, Plaintiff Darrell Worthen filed his first Complaint against Defendant Deborah Lee James. Plaintiff initiated a second, separate case on May 9, 2016, alleging additional causes of action against Defendant. On September 13, 2016, the Court consolidated the two actions.

     Defendant moved for summary judgment on all of Plaintiff's claims on January 22, 2018. The Court granted Defendant's Motion in full on May 7, 2018.

///
///
///
///
///

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff shall take nothing.
2. All of Plaintiff's clams are **DISMISSED WITH PREJUDICE**.
3. Judgment is entered in favor of Defendant.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 7, 2018

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**